# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHARONDA L. JONES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-1204 |
| ) | Judge Trauger |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| et, al, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On February 27, 2015, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion for Judgment on the Administrative Record (Docket No. 19) is **DENIED**, and the decision of the Commissioner is **AFFIRMED**. This Order constitutes the judgment in this case.

It is so **ORDERED.**

ENTER this 17th day of March 2015.

_____
ALETA A. TRAUGER
U.S. District Judge

1